UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

Case No: 11-20129
11-20066

v.

D-10 VERNON NELSON RICH, et al.

          Defendant.
_____/

**STIPULATED ORDER AMENDING TERMS OF ORDER OF DETENTION
TO ALLOW THE UNITED STATES MARSHALS SERVICE TO ESCORT DEFENDANT
VERNON RICH TO THE SMITH FAMILY FUNERAL HOME**

IT IS HEREBY ORDERED that the Marshals Service shall do a threat assessment about the viability of escorting Defendant VERNON RICH to the visitation of the deceased, Ricky Heacock, at the Smith Family Funeral Home on 1230 Seventh St. in Port Huron, Michigan 48060.

IT IS FURTHER ORDERED that the Marshals Service will have exclusive discretion in determining whether they can, in a safe and effective manner, transport Vernon Rich for the purposes of visitation of the deceased, Ricky Heacock, and in determining if, when, and how they will transport Defendant Vernon Rich for this purpose; and

IT IS FURTHER ORDERED that Vernon Rich's wife, Wanda Ann Rich, will be responsible for the expenses incurred by the Marshals Service in complying with this Order, which is estimated to be between $1,500.00 and $2,000.00.

IT IS SO ORDERED.

Dated: January 14, 2013

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         United States District Court Judge

2

APPROVED AS TO FORM:

s/ Eric M. Straus  
ERIC M. STRAUS (P38266)  
SAIMA MOHSIN (P73990)  
Assistant United States Attorneys  
**\*\*With approval of 1/14/2013\*\***

s/ Juan A. Mateo  
JUAN A. MATEO (P33156)  
Attorney for D-10 Vernon Rich

2